COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTIONS FOR REHEARING AND FOR RECONSIDERATION EN BANC

Case number:          01-14-00482-CV

Style:                *RSL-CB-IL, Ltd, Appellant v. Prudential Life Ins. Co. of Am., et al,, Appellees*

Type of motions:      Motion for rehearing and motion for reconsideration en banc

Party filing motion:  Appellant

The panel **denies** the motion for rehearing.  The Court having voted unanimously against rehearing en banc, it is **ordered** that the motion for reconsideration en banc is **denied**.

Judge's signature:    /s/ Jane Bland_____
                      Acting for the Court

Before: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Huddle, and Lloyd.  Justice Brown, not participating.

Date:  September 17, 2015_____